1  MOORE & VAN ALLEN, PLLC
   Kathryn G. Cole (CA Bar No. 244307)
2  100 North Tryon Street, Suite 4700
3  Charlotte, North Carolina 28202-4003
   Telephone: (704) 331-1045
4  Facsimile: (704) 339-5659
   Email: katecole@mvalaw.com
5

6
   Attorneys for Defendant
7  Elite Continuing Education, Inc.

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10                          **SACRAMENTO DIVISION**

| | |
|---|---|
| CE RESOURCE, INC. *d/b/a* NetCE, | ) |
| | ) Case No.: 2:15-cv-01908-WBS-DAD |
| Plaintiff, | ) |
| | ) |
| | ) STIPULATED REQUEST FOR |
| vs. | ) EXTENSION OF TIME |
| | ) TO RESPOND TO COMPLAINT |
| DR. JASSIN JOURIA, an individual, and | ) (SECOND REQUEST) |
| ELITE CONTINUING EDUCATION, INC., a | ) |
| Florida Corporation. | ) |
| | ) |
| Defendant. | ) |
| | ) |

1
SECOND STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

1  On October 7, 2015, the parties filed a stipulation pursuant to Eastern District Local Rule 144(a) stating that Defendant Elite Continuing Education, Inc. ("Elite") may have up to and including November 5, 2015 to file an answer or otherwise respond to the complaint.   That was the first extension of time in this case and extended the time to file by twenty-eight days.

The parties now seek the Court's approval to stipulate that Elite may have up to and including November 25, 2015, to file an answer or otherwise respond to the complaint.   This is the second extension of time sought in this case.

Elite seeks this extension in part because the other named Defendant in this matter, Dr. Jassin Jouria, filed a Chapter 13 action in the United States Bankruptcy Court for the Southern District of Florida on October 23, 2015 (Case No. 15-28811-LMI).   The complexities injected into the case by Dr. Jouria's recent bankruptcy filing are still under review.   Additionally, the undersigned counsel for Elite is traveling the remainder of this week for a court hearing in Arizona, and the requested extension of time is greatly appreciated.

For these reasons, Defendant Elite requests that the Court grant the requested extension of time to respond to Plaintiff's complaint.   Plaintiff has stipulated to this extension request.

1 | Dated: November 4, 2015 | Respectfully submitted,

/s/ Kathryn G. Cole
Kathryn G. Cole
CA Bar No. 244307
MOORE & VAN ALLEN, PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
Telephone: (704) 331-1045
Facsimile: (704) 409-5659
Email: katecole@mvalaw.com

*Attorneys for Defendant Elite Continuing Education, Inc.*

/s/ John Kern
John Kern
CA Bar No. 206001
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910
Email: john.kern@hklaw.com

*Attorneys for Plaintiff CE Resource, Inc. d/b/a/ NetCE*

In accordance with the foregoing stipulation IT IS SO ORDERED.

Dated:   November 4, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3
SECOND STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT