MOORE & VAN ALLEN, PLLC
Kathryn G. Cole (CA Bar No. 244307)
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28202-4003
Telephone: (704) 331-1045
Facsimile: (704) 339-5659
Email: katecole@mvalaw.com

Attorneys for Defendant Elite Continuing Education, Inc.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| CE RESOURCE, INC. *d/b/a* NetCE, | Case No.: 2:15-cv-01908-WBS-AC |
| Plaintiff, | |
| vs. | **Order on Defendant Elite's Request for Telephonic Appearance** |
| ELITE CONTINUING EDUCATION, INC, a Florida Corporation, and Alpine Management Services III, LLC. | |
| Defendants. | |

[PROPOSED] ORDER ON DEFENDANT ELITE'S REQUEST FOR TELEPHONIC APPEARANCE

This matter came before the Court on Defendant Elite Continuing Education, Inc.'s Request for Telephonic Appearance, by which Defendant Elite's counsel of record, Kathryn G. Cole, requests permission to appear by telephone for the hearing scheduled in this matter on April 18, 2016 at 1:30 p.m.  As set forth in the Request, Ms. Cole can be reached at the following telephone number on the day of the telephonic appearance: 704-331-1045.

The Court hereby **GRANTS** Defendant Elite's Request for Telephonic Appearance.  **The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.**

**IT IS SO ORDERED.**

DATED:  MARCH 22, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER ON DEFENDANT ELITE'S REQUEST FOR TELEPHONIC APPEARANCE