UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CE RESOURCE, INC., dba NetCE, | CIV. NO. 2:15-01908 WBS AC |
| Plaintiff, | ORDER |
| v. | |
| ELITE CONTINUING EDUCATION, INC., a Florida corporation, and ALPINE MANAGEMENT SERVICES III, LLC, | |
| Defendants. | |

----oo0oo----

Pursuant to this court's discussion with the parties at the May 16, 2016 hearing, this action is STAYED pending determination of CE Resource, Inc.'s, dba NetCE, motion to dismiss, transfer, or stay the related and first-filed declaratory judgment action in the Southern District of Florida. See Jouria v. CE Resource, Inc. d/b/a CME Resource and NetCE, Civ. No. 15-61165 (S.D. Fla.).

1

If the Southern District of Florida denies NetCE's motion and decides to proceed with the declaratory judgment action, this court will consider whether the first-to-file rule necessitates a further stay, dismissal, or transfer of this action to the Southern District of Florida.  If the Southern District of Florida grants NetCE's motion and defers to this court, the court will provide plaintiff with an opportunity to file a Second Amended Complaint ("SAC").  Defendants may then respond to a SAC as appropriate.

When the Southern District of Florida issues its decision, the parties shall notify the courtroom deputy and file a joint status report informing the court of the Southern District of Florida's order.

IT IS SO ORDERED.

Dated:  May 17, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE