MOORE & VAN ALLEN, PLLC
Kathryn G. Cole (CA Bar No. 244307)
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28202-4003
Telephone: (704) 331-1045
Facsimile: (704) 339-5659
Email: katecole@mvalaw.com

Attorneys for Defendant Elite Continuing Education, Inc.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| CE RESOURCE, INC. *d/b/a* NetCE,<br><br>  Plaintiff,<br><br>  vs.<br><br>ELITE CONTINUING EDUCATION, INC, a Florida Corporation, and Alpine Management Services III, LLC.<br><br>  Defendants. | Case No.: 2:15-cv-01908-WBS-AC<br><br>**Order on Defendant Elite's Request for Telephonic Appearance** |

[PROPOSED] ORDER ON DEFENDANT ELITE'S REQUEST FOR TELEPHONIC APPEARANCE

1  This matter came before the Court on Defendant Elite Continuing Education, Inc.'s Request
2  for Telephonic Appearance, by which Defendant Elite's counsel of record, Kathryn G. Cole,
3  requests permission to appear by telephone for the hearing scheduled in this matter on July 11, 2016
4  at 1:30 p.m.   As set forth in the Request, Ms. Cole can be reached at the following telephone
5  number on the day of the telephonic appearance: 704-331-1045.
6  
7  The Court hereby **GRANTS** Defendant Elite's Request for Telephonic Appearance.  **The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.**

**IT IS SO ORDERED.**

Dated:   July 1, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER ON DEFENDANT ELITE'S REQUEST FOR TELEPHONIC APPEARANCE