1  JACK P. DICANIO (State Bar No. 138782)
   RICHARD S. HORVATH, JR. (State Bar No. 254681)
2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   525 University Ave., Suite 1400
3  Palo Alto, California 94301
   Telephone:   (650) 470-4500
4  Facsimile:   (650) 470-4570
   Email: jack.dicanio@skadden.com
5          richard.horvath@skadden.com

6  Attorneys for Defendant
   ALPINE MANAGEMENT SERVICES III, LLC
7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10                              SACRAMENTO DIVISION

11 CE RESOURCE, INC. d/b/a NetCE,      )   Case No.: 2:15-cv-01908-WBS-DB
                                       )
12          Plaintiff,                 )   **JOINT STATUS REPORT AND**
                                       )   **STIPULATION REGARDING AUGUST 29,**
13     vs.                             )   **2016 SCHEDULING CONFERENCE**
                                       )
14 ELITE CONTINUING EDUCATION,         )   Hearing Date:   August 29, 2016
   INC., et al.,                       )   Time:           1:30 p.m.
15                                     )   Courtroom:      5, 14th Floor
            Defendants.                )   Judge:          Hon. William B. Shubb
16                                     )
                                       )   Complaint Filed: September 4, 2015
17                                         Trial Date:      None Set

**JOINT STATUS REPORT AND STIPULATION REGARDING
AUGUST 29, 2016 SCHEDULING CONFERENCE**

Pursuant to the Court's June 24, 2016 Minute Order, plaintiff CE Resource, Inc. d/b/a NetCE ("NetCE") and defendants Elite Continuing Education, Inc. ("Elite") and Alpine Management Resources III, LLC ("Alpine') are scheduled to appear before the Court on Monday, August 29, 2016 at 1:30 p.m. for a Scheduling Conference.  In discussions leading to the preparation of this submission, all parties agreed, and hereby propose, to continue the stay in place for this matter.  The parties also propose, subject to the Court's approval, that the upcoming August 29, 2016 Scheduling Conference be taken off calendar and rescheduled as appropriate after the parties submit an updated Joint Status Report sixty days from now.

**Summary of Case and Need for Continued Stay**

On May 18, 2016, the Court entered an order staying this action pending a determination of NetCE's motion to dismiss, stay, or transfer the related and first-filed declaratory judgment action in the United States District Court in the Southern District of Florida (the "Florida Court") captioned Jouria v. CE Resource, Inc. d/b/a CME Resource and NetCE, Civ. No. 15-61165 (S.D. Fla.) (the "Florida Action").  On June 1, 2016, NetCE filed a Motion for Leave to Lift Stay Temporarily in Order to Consider Motion for Leave to Amend Complaint and Motion for Leave to Amend Complaint ("NetCE's Motion to Lift Stay").

On June 24, 2016, the Court issued a minute order continuing the Scheduling Conference until August 29, 2016 at 1:30 p.m., and directing the parties to file a Joint Status Report no later than August 15, 2016.

On July 6, 2016, the Court entered an order denying NetCE's Motion to Lift Stay.  In that order, the Court noted that the stay would remain in effect to allow the Florida Court to rule on NetCE's motion to dismiss, stay, or transfer the Florida Action.  NetCE's motion in the Florida Action has not been renewed.  Accordingly, proceeding with the Scheduling Conference on August 29, 2016 would defeat the purpose of the stay in this action.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among all

---

1   JOINT STATUS REPORT AND STIPULATION REGARDING            CASE NO.: 2:15-CV-01908-WBS-DB
    AUGUST 29, 2016 SCHEDULING CONFERENCE

parties to this action, through their undersigned counsel of record, as follows:

    1.    The Scheduling Conference scheduled for August 29, 2016 shall be taken off calendar.

    2.    The parties shall file a Joint Status Report by October 14, 2016.

IT IS SO STIPULATED.

DATED: August 15, 2016

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP


By:     /s/ Richard S. Horvath, Jr.
Richard S. Horvath, Jr. (State Bar No. 254681)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Ave., Suite 1400
Palo Alto, CA 94301
Telephone:  (650) 470-4500
Facsimile:  (650) 470-4570
Email:  richard.horvath@skadden.com

*Attorneys for Defendant Alpine Management Services III, LLC*

MOORE & VAN ALLEN, PLLC

By:   /s/ Kathryn G. Cole (as authorized on 8/15/2016)
Kathryn G. Cole (State Bar No. 244307)
MOORE & VAN ALLEN, PLLC
100 North Tyron Street, Suite 4700
Charlotte, NC 28202
Telephone:  (704) 331-1045
Facsimile:  (704) 409-5659
Email:  katecole@mvalaw.com

*Attorneys for Defendant Elite Continuing Education, Inc.*

```
                              HOLLAND & KNIGHT LLP

                              By:      /s/ John Kern (as authorized on 8/15/2016)
                              John Kern (State Bar No. 206001)
                              HOLLAND & KNIGHT LLP
                              50 California Street, 28th Floor
                              San Francisco, CA 94111
                              Telephone:    (415) 743-6900
                              Facsimile:    (415) 743-6910
                              Email:        john.kern@hklaw.com

                              Attorneys for Plaintiff CE Resource, Inc., d/b/a NetCE
```

ORDER

In accordance with the foregoing Joint Status Report and Stipulation, IT HEREBY ORDERED that the Scheduling Conference scheduled for August 29, 2016 be taken off calendar, and the parties shall file a Joint Status Report by October 14, 2016.

Dated: August 16, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE