HOLLAND & KNIGHT LLP
John Kern (CA State Bar No. 206001)
Jessica Lanier (CA State Bar No. 303395)
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910
email: john.kern@hkllaw.com
jessica.lanier@hklaw.com

Attorneys for Defendant CE RESOURCE, INC. *d/b/a* NetCE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CE RESOURCE, INC. *d/b/a* NetCE,<br>Plaintiff,<br>vs.<br>ELITE CONTINUING EDUCATION, INC., a Florida Corporation and ALPINE MANAGEMENT SERVICES III, LLC<br>Defendants. | Case No. 2:15-cv-01908-WBS-AC (TEMP)<br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |

**PLEASE TAKE NOTICE** that Plaintiff CE RESOURCE, INC. d/b/a NetCE ("NetCE"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), NetCE voluntarily dismisses the above-captioned action, in the United States District Court for the Eastern District of California. Each party will bear its own costs and fees with respect to the above-captioned case.

As this Court is aware, parallel litigation is ongoing in the United States District Court for the Southern District of Florida ("Florida Court"). Elite, NetCE, and Dr. Jassin Jouria have agreed to litigate the matter there, and NetCE has filed an amended answer, counterclaims, and



Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900

third party complaint in that Court. Alpine has reserved its rights to contest personal jurisdiction in the Florida Court. NetCE has agreed not to re-file its claims arising out of the events articulated in the operative complaint for the above-captioned case in this Court.

Dated: October 25, 2016

HOLLAND & KNIGHT LLP

By: /s/ John Kern
John Kern

Attorneys for Plaintiff CE RESOURCE, INC. *d/b/a* NetCE

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900